934 A.2d 1159

COMMONWEALTH of Pennsylvania, Respondent,

v.

Lucius SHAIRD, Petitioner.

Supreme Court of Pennsylvania.

Oct. 16, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2007, the Petition for Allowance of Appeal and Motion to Quash Commonwealth's Brief in Opposition are hereby **DENIED.**